Andre Lamont CRAWFORD *v.* STATE of Arkansas

CR 04-768                                                   190 S.W.3d 910

Supreme Court of Arkansas
Opinion delivered September 9, 2004

*Robert A. Newcomb*, for appellant.

No response.

PER CURIAM. Appellant, Andre Lamont Crawford, by and through his attorney, Robert A. Newcomb, has filed a

motion for rule on clerk. Mr. Newcomb admits responsibility for failing to timely file the record due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) *(per curiam)*.

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.